# Commonwealth of Massachusetts
# SUFFOLK SUPERIOR COURT
# Case Summary
# Civil Docket

## Linehan v Hess Corporation

Details for Docket: SUCV2013-02682

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2013-02682 | **Caption:** | Linehan v Hess Corporation |
| **Filing Date:** | 07/25/2013 | **Case Status:** | Needs review for service |
| **Status Date:** | 07/25/2013 | **Session:** | Civil A, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 05/21/2014 |
| **Service Date:** | 10/23/2013 | **Disposition:** | 05/16/2015 |
| **Rule 15:** | 12/22/2013 | **Rule 12/19/20:** | 12/22/2013 |
| **Final PTC:** | 11/17/2014 | **Rule 56:** | 07/20/2014 |
| **Answer Date:** | 11/22/2013 | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2013-02682 | **Caption:** | Linehan v Hess Corporation |
| **Filing Date:** | 07/25/2013 | **Case Status:** | Needs review for service |
| **Status Date:** | 07/25/2013 | **Session:** | Civil A, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | Personal Injury-Slip&Fall |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 05/21/2014 |
| **Service Date:** | 10/23/2013 | **Disposition:** | 05/16/2015 |
| **Rule 15:** | 12/22/2013 | **Rule 12/19/20:** | 12/22/2013 |
| **Final PTC:** | 11/17/2014 | **Rule 56:** | 07/20/2014 |
| **Answer Date:** | 11/22/2013 | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: SUCV2013-02682

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Hess Corporation | **First Name:** | |

| | | | |
|---|---|---|---|
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Linehan | **First Name:** | Edward |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

2 Attorneys Involved for Docket: SUCV2013-02682

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | STON07 |
| **Last Name:** | Stone | **First Name:** | Jason D |
| **Address:** | 55 Franklin Street | **Address:** | 3rd Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-523-4357 | **Tel Ext:** | |
| **Fascimile:** | 617-523-4359 | **Representing:** | Linehan, Edward (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | STON07 |
| **Last Name:** | Robbie | **First Name:** | Eric J |
| **Address:** | 55 Franklin Street | **Address:** | 3rd Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-523-4357 | **Tel Ext:** | |
| **Fascimile:** | 617-523-4359 | **Representing:** | Linehan, Edward (Plaintiff) |

## Calendar Events

No Calendar Events found for Docket: SUCV2013-02682.

There are currently no calendar events associated with this case.

## Full Docket Entries

4 Docket Entries for Docket: SUCV2013-02682

| Entry Date: | Paper No: | Docket Entry: |
| --- | --- | --- |
| 07/25/2013 | 1 | Complaint & Jury Demand on all Issues |
| 07/25/2013 |   | Origin 1, Type B20, Track F. |
| 07/25/2013 | 2 | Civil action cover sheet filed($150,000.00) |
| 08/12/2013 | 3 | SERVICE RETURNED: Hess Corporation(Defendant) in hand |

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 13 - 02682 A

_Edward Linehan_, Plaintiff(s)

v.

_Hess Corporation_, Defendant(s)

## SUMMONS

To the above-named Defendant: Hess Corporation c/o CT Corporation Systems, 155 Federal Street, Ste. 700, Boston MA 02110

You are hereby summoned and required to serve upon _Jason D. Stone, Esq._ plaintiff's attorney, whose address is _55 Franklin St. 3rd Fl Boston MA 02110_, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the _29th_ day of _July_, in the year of our Lord two thousand _thirteen_.

_Michael Joseph Donovan_
Clerk/Magistrate

A true copy Attest: _John Cotter_
Deputy Sheriff Suffolk County

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
    (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev. 20M-10/11

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 201\_\_\_, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

_____

_____

_____

Dated:_____,201\_\_\_\_\_ _____

**N.B. TO PROCESS SERVER:—**
  **PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN**
  **THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

_____,201 .

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 13-02662 A

Edward Linhart , Plff(s).

v.

Hess Corporation , Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.  SUFFOLK SUPERIOR COURT
C.A. NO.: 13-2682 A

EDWARD LINEHAN,  )
  )
    Plaintiff,  )
  )
v.  )
  )
HESS CORPORATION,  )
  )
    Defendant.  )

RECEIVED
JUL 25 2013
SUPERIOR COURT-CIVIL
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE

## COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. The Plaintiff, Edward Linehan, Jr. ("Linehan"), is an individual residing in Wakefield, Middlesex County, Massachusetts.

2. The Defendant, Hess Corporation ("Hess"), is a foreign corporation duly organized under the laws of the State of Delaware, doing business in accordance with the laws of the Commonwealth of Massachusetts, with a principal place of business at 1185 Avenue of the Americas, New York, New York, with a registered agent of CT Corporation System located at 155 Federal Street, Suite 700, Boston, County of Suffolk, Commonwealth of Massachusetts.

### COUNT I

3. The Plaintiff realleges, repleads, and incorporates by reference paragraphs 1 – 2 above as if fully set forth herein.

4. On or about October 15, 2011, the Defendant, Hess, owned the premises located at One Hampshire Street in Cambridge, Middlesex County, Massachusetts.

5. On or about October 15, 2011, the Defendant, Hess, managed the premises located at One Hampshire Street in Cambridge, Middlesex County, Massachusetts.

6. On or about October 15, 2011, the Defendant, Hess, controlled and/or operated the premises located at One Hampshire Street in Cambridge, Middlesex County, Massachusetts.

7. As owner of the property, the Defendant, Hess, owes a duty of reasonable care to all persons lawfully on their premises, and to maintain the premises, in a safe condition.

8. As manager of the property, the Defendant, Hess, owes a duty of reasonable care to all persons lawfully on their premises, and to maintain the premises, in a safe condition.

9. As controller and/or operator of the property, the Defendant, Hess, owes a duty of reasonable care to all persons lawfully on their premises, and to maintain the premises, in a safe condition.

10. As owner of the property, the Defendant, Hess, owes a duty of reasonable care to all persons lawfully on their premises, and to warn of dangerous conditions thereon.

11. As manager of the property, the Defendant, Hess, owes a duty of reasonable care to all persons lawfully on their premises, and to warn of dangerous conditions thereon.

12. As controller and/or operator of the property, the Defendant, Hess, owes a duty of reasonable care to all persons lawfully on their premises, and to warn of dangerous conditions thereon.

13. As owner of the property, the Defendant, Hess, cannot needlessly endanger the lives of persons lawfully on his premises.

14. As manager of the property, the Defendant, Hess, cannot needlessly endanger the lives of persons lawfully on his premises.

15. As entity in control of the property, the Defendant, Hess, cannot needlessly endanger the lives of persons lawfully on his premises.

16. The Defendant, Hess, needlessly endangered the life of the Plaintiff by allowing an unsafe condition of which it had knowledge to exist on its property.

17. The Defendant, Hess, needlessly endangered the life of the Plaintiff by failing to warn the Plaintiff of an unsafe condition of which it knew or should have known existed on its property.

18. On or about October 15, 2011, while lawfully on the premises located at One Hampshire Street in Cambridge, owned, managed or controlled by the Defendant, Hess, the Plaintiff was caused to slip and fall and injure himself due to an unsafe and dangerous condition which existed on the premises of which the Defendant

knew, or should have known existed, specifically a liquid substance on the pavement surface and/or other acts of negligence of the defendant.

19. As a result of the Plaintiff's slip and fall caused by the Defendant's negligence, the Plaintiff sustained serious personal injuries, incurred substantial medical bills, and expenses, and was prevented from performing his usual living activities.

WHEREFORE, the Plaintiff, Edward Linehan Jr., prays that this Honorable Court enter judgment against the Defendant, Hess Corporation, on Count I, in the full amount of any and all damages recoverable at law, cost, attorney's fees, and for such other and further relief which this Court deems just and proper, as a result of the Defendant's negligence.

**THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE**

Respectfully submitted,
Plaintiff, EDWARD LINEHAN JR.,
By his Attorney,

Jason D. Stone, Esq., BBO#: 647233
Eric J. Robbie Esq., BBO#: 685720
JASON STONE INJURY LAWYERS
55 Franklin Street, 3rd Floor
Boston, MA 02110
(617) 523-4357
JDS@StoneInjury.com
EJR@StoneInjury.com

Dated: 7/24/13

3

2

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY OF SUFFOLK | DOCKET NO. 13-2682 |
|---|---|---|
| **PLAINTIFF(S)** EDWARD LINEHAN JR. | **DEFENDANT(S)** HESS CORPORATION | |

| Plaintiff Atty | JASON D. STONE, ESQ. | Type Defendant's Attorney Name |
| Address | 55 FRANKLIN ST. 3RD FLOOR | Defendant Atty |
| City | BOSTON  State MA  Zip Code 02110 | Address |
| | | City  State  Zip Code |
| Tel. | +1 (617) 523-4357  BBO# 647,233 | |

MICHAEL JOSEPH DONOVAN CLERK/MAGISTRATE  2013 JUL 25 AM 11:48

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

CODE NO.     TYPE OF ACTION (specify)     TRACK     IS THIS A JURY CASE?

B20 Personal Injury - slip & fall - Fast Track     (●) Yes  ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses                                       $ 6,429.74
  2. Total doctor expenses                                         $
  3. Total chiropractic expenses                                   $
  4. Total physical therapy expenses                               $
  5. Total other expenses (describe)                               $
                                                      Subtotal    $
B. Documented lost wages and compensation to date                 $
C. Documented property damages to date                            $
D. Reasonably anticipated future medical expenses                 $
E. Reasonably anticipated lost wages and compensation to date     $
F. Other documented items of damages (describe)                   $

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

Occult fracture of left hip; internal hardware loosening in left hip exacerbation of limitations from prior hip replacement surgery pain & suffering

Total $ 150,000.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

TOTAL  $..............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____    Date:
A.O.S.C. 3-2007